AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
for the
Central District of California

**ORIGINAL**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   8:19-MJ-00431
)
A Hewlett Packard laptop computer with )
serial number 00196-127-148-126 )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-9

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before   14 days from the date of its
                                                                issuance   *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   5/28/2019 at 2:40pm     _____
                                                *Judge's signature*

City and state:   Santa Ana, CA     HON. DOUGLAS F. McCORMICK, US Magistrate Judge
                                    *Printed name and title*

AUSA: J. Nare (x3549)

Case 8:19-mj-00431-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 05/28/19   Page 2 of 40 Page ID #:41

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 8:19-MJ-00431 | Date and time warrant executed: 6/6/19 @ 1215 | Copy of warrant and inventory left with: ERIC TAPPER |
|---|---|---|

Inventory made in the presence of: ERIC TAPPER AND OCDA PROPERTY CUSTODIAN

Inventory of the property taken and name of any person(s) seized:

A Hewlett Packard laptop computer with serial number 00196-127-148-126.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/6/19

_____
Executing officer's signature

STEVEN P. MANBER
Printed name and title